**Deny and Opinion Filed February 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00114-CV

## IN RE JAMES T. DANIEL AND KRISTI A. DANIEL, Relators

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52305-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relators' February 11, 2022 petition for writ of mandamus in which they challenge the trial court's temporary order changing the conservator with the exclusive right to determine the children's primary residence. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, real party in interest's response, and the record, we conclude that relators have failed to show their entitlement to the relief requested. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus.

220114f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE